JEFFREY TSAI (SBN 226081)
*Form G-60 application for admission pending*
jeff.tsai@dlapiper.com
JESSE MEDLONG (SBN 294536)
jesse.medlong@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
CG ROXANE, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION—LOS ANGELES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CG ROXANE, LLC, dba "Crystal Geyser"; UNITED PUMPING SERVICE, INC., and UNITED STORM WATER, INC.,<br><br>Defendants. | CASE NO. 18CR00448-SJO<br><br>**CERTIFICATION OF NONGOVERNMENTAL CORPORATE PARTY**<br><br>Hon. S. James Otero |

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(1), the undersigned certifies that the following parent or publicly held corporation owns a 10 percent or greater interest of CG Roxane, LLC, a non-governmental corporate party to this action: Crystal Geyser Water Company, a wholly owned subsidiary of Otsuka America Inc. (U.S.) ("Otsuka America"). Otsuka America is wholly owned by Otsuka Holdings Co., Ltd.

Dated: October 23, 2018

Respectfully submitted,

By: ______________________

JEFFREY TSAI
*Form G-60 application for admission pending*
JESSE MEDLONG
DLA PIPER LLP (US)

Attorneys for Defendant
CG ROXANE, LLC

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2018 a true and correct copy of the foregoing CERTIFICATION OF NONGOVERNMENTAL CORPORATE PARTY was served via the Court's CM/ECF system on all counsel of record.

JEFFREY TSAI